JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Taissa K. Von Bulmenrincq, | ) | Case No.:  CV 16-1358 DSF (MRWx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JPMorgan Chase Bank, N.A., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

  The Court having previously issued an Order to Show Cause re Scheduling Conference, and having ordered plaintiff to show cause in writing no later than May 16, 2016 why this matter should not be dismissed, and plaintiff not having timely responded or appeared at the Scheduling Conference,

  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed as to all defendants not previously dismissed and that those defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    5/23/16

Dated: _____   _____
                 Dale S. Fischer
             United States District Judge